**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HATTIE WILLIAMS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No.  2:14-cv-01274-STA-dkv |
| | ) | |
| | ) | |
| FAYETTE COUNTY BOARD, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant filed a Motion to Reopen Case (ECF No. 25) on September 17, 2015.  The motion was referred to the United States Magistrate Judge for a hearing and a report and recommendation on September 24, 2015.  (ECF No. 27.)  Chief Magistrate Judge Diane K. Vescovo issued her report on October 9, 2015, recommending that the motion be granted and that the case be referred to Joe G. Riley for further mediation. (ECF No. 30.) Plaintiff has filed objections.  (ECF No. 31.)

Having reviewed the record, the controlling case law, and Plaintiff's objections, the Court agrees with Magistrate Judge's decision and **ADOPTS** the report and recommendation. Defendant's Motion to Reopen Case is **GRANTED**.  The parties are hereby ordered to engage in mediation with Joe G. Riley no later than January 25, 2016. Within seven days of completion of the mediation, the parties shall file a notice confirming that the mediation was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective

positions at the mediation. If the mediation is unsuccessful, an evidentiary hearing will be held by the Magistrate Judge to resolve any factual disputes as to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**


s/ **S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE


Date: November 25, 2015